5611/Complaint

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN ADMIRALTY

CASE NO.

H.L.S. and M.S., as
Parents and Legal Guardians
of Z.S.,

        Plaintiffs,
vs.

CARNIVAL CORPORATION d/b/a
CARNIVAL CRUISE LINE,

        Defendants.
_____/

## **C O M P L A I N T**

COME NOW the Plaintiffs, H.L.S. and M.S., as Parents and Legal Guardians of Z.S., by and through the undersigned attorney and sue the Defendant, CARNIVAL CORPORATION d/b/a CARNIVAL CRUISE LINE and alleges as follows:

1. This is an action involving the diversity of citizenship of the parties as more fully described below and for damages in excess of $75,000. Alternatively, this case falls within the admiralty jurisdiction of this Court pursuant to 28 U.S.C. §1333.

2. Pursuant to a forum selection clause in the subject cruise ticket contract, this action must be brought in this Court.

3. The Plaintiff, Z.S., is an individual minor and resident of Bedford, Texas, and is the son of H.L.S., and M.S., who are residents of Bedford, Texas, and parents and legal guardians of Z.S.

4. The Defendant, CARNIVAL CORPORATION d/b/a CARNIVAL CRUISE LINE, [hereinafter referred to as CARNIVAL] is a foreign corporation with its principal place of business in Miami, Florida, and is a common carrier of passengers by water for hire at all material times hereto.

5. At all times material, the Defendant, CARNIVAL, owned, managed, chartered and/or operated the cruise vessel CARNIVAL BREEZE.

6. On or about April 22, 2018, the Plaintiffs, in consideration of the payment of a specified sum of money boarded the CARNIVAL BREEZE for a seven (7) day vacation cruise.

7. On or about April 28, 2018, during the subject cruise, the Plaintiff, Z.S., who was 15 years old at the time, was in the Lime Light Lounge waiting for the family comedy show to begin when he noticed that someone forgot their cellular telephone.  When reaching for said cellular telephone with the intention of giving it to Carnival personnel for it to be taken to the lost and found department, another passenger without reason, introduction or question, assaulted and battered Z.S.

8. The subject assault and battery lasted several minutes during which time no security personnel from the ship or other personnel on behalf of the Defendant attempted to stop the assault nor did the Defendant thereafter detain the assaulting passenger or report his actions to the authorities.

9. As a result of the lack of security, the Plaintiff suffered injuries including but not limited to physical bruising, emotional and psychological distress.

10. Despite repeated requests, CARNIVAL refuses to provide the identity of the passenger who criminally and civilly, assaulted and battered Z.S. thereby causing additional emotional distress.

## COUNT I
## **NEGLIGENCE**

The Plaintiffs adopt and reallege the allegations in paragraphs 1 through 10 and allege further that:

11. At all times material, the Defendant owed the duty to Z.S. to exercise reasonable care under the circumstances for the Plaintiff's safety.

12. The Defendant breached its duty of care to Z.S. and was negligent by failing to provide adequate security personnel; failing to maintain a reasonably safe environment; by failing to adequately train its security personnel and staff; by failing to have the assaulting passenger detained by ship personnel and/or arrested by the authorities; and by failing to disclose the identity of the assaulting passenger.

13. As a direct and proximate result of the Defendant's aforesaid negligence, Z.S. has suffered, and continues to suffer, bodily injury and resulting pain and suffering, emotional distress, mental anguish, loss of capacity for the enjoyment of life, expenses of hospitalization, medical and nursing care and treatment, and aggravation of a known or unknown previously existing condition.  The losses are either permanent or continuing in nature and the Plaintiff will continue to suffer the losses in the future.

14. As a direct and proximate result of the Defendant's aforesaid negligence, the Plaintiffs, H.L.S. and M.S., have suffered losses including but not limited to medical expenses, expenses of hospitalization, medical and nursing care and treatment, and other out of pocket expenses arising out of the injury to their son, Z.S. The losses are either permanent or continuing in nature and the Plaintiffs will continue to suffer the losses in the future.

WHEREFORE, the Plaintiffs, H.L.S. and M.S., as Parents and Legal Guardians of Z.S., demand judgment against the Defendant, CARNIVAL CORPORATION d/b/a CARNIVAL CRUISE LINE, in an amount in excess of $75,000.00 to be determined at trial by a jury, together with interest and costs and other relief deemed just and appropriate by this Honorable Court.

**PLAINTIFFS DEMAND A TRIAL BY JURY ON ALL ISSUES.**

April 25, 2019
Miami, Florida

　　　　　　　　　　　　　　　Respectfully submitted,

By: *S/Michael C. Black*
　　　**Michael C. Black, Esquire**
　　　F.B.N. 0056162
　　　mblack@marlaw.com
　　　**MICHAEL C. BLACK, P.A.**
　　　Dadeland Square at the Greenery Mall
　　　7700 North Kendall Drive, Suite 505
　　　Miami, Florida 33156
　　　Telephone:　(305) 271-8301
　　　Facsimile:　(305) 271-8302
　　　*Counsel for Plaintiff*